90/08-5902.DV / kjs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VARNDELL HURRINGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| OFFICER VIC, OFFICER HORVATH, OFFICER DEMITH, OFFICER VANDERPLOUGH, UNKNOWN and UNNAMED SOUTH CHICAGO HEIGHTS POLICE OFFICER, individually, and THE CITY OF SOUTH CHICAGO HEIGHTS, | ) NO.: 08 C 5713 ) ) ) ) Judge Rebecca R. Pallmeyer ) ) ) |
| Defendants. | ) Magistrate Judge Arlander Keys ) |

### MOTION OF DEFENDANTS TO WITHDRAW THEIR MOTION FOR JUDGMENT AT THE CONCLUSION OF THE PLAINTIFF'S CASE

NOW COME the Defendants, PAUL VIC, JOSEPH HORVATH, MICHAEL DEMITH and MICHAEL VANDERPLOEG (incorrectly sued as "OFFICER VANDERPLOUGH"), by and through one of their attorneys, WILLIAM W. KURNIK, and hereby withdraw their previously filed motion under Rule 50 requesting the Court to enter judgment in their favor as a matter of law.

Respectfully submitted by,

/s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney Bar #6287032
Attorneys for the Defendants, OFFICERS PAUL VIC, JOSEPH HORVATH, MICHAEL DEMITH and MICHAEL VANDERPLOEG (incorrectly sued as "OFFICER VANDERPLOUGH")

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on April 2, 2010, the foregoing ***MOTION OF DEFENDANTS TO WITHDRAW THEIR MOTION FOR JUDGMENT AT THE CONCLUSION OF THE PLAINTIFF'S CASE*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

- **Garrett W. Browne at** gbrowne@efox-law.com
- **Edward M. Fox at** efox@efox-law.com, lechavarria@efox-law.com
- **William W. Kurnik at** bkurnik@khkklaw.com
- **Krista Eleanore Oswald at** Koswald@khkklaw.com, tmulligan@khkklaw.com

/s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney Bar #6287032
KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone: (847) 261-0700
Facsimile: (847) 261-0714
E-Mail: BKurnik@khkklaw.com

5902 Mot to Withdraw 10-04-02